# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147772

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 147772
             COA: 314947
             Kent CC: 04-005980-FC

RONNIE DANTE THOMAS,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the September 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



s1216

               Clerk